# EXHIBIT A

Sigma Travel Kit – Make Me Classy https://www.sigmabeauty.com/travel-kit-make-me/p/TKPARNT

KTB 7 Pcs Travel Kit Make Me https://ktbcosmetics.com/product/ktb-7-pcs-travel-kit-make-me/



### TRAVEL KIT - MAKE ME CLASSY

PRODUCT CODE TKBLK

★★★★★ 5.0 (12)   Write a review   Ask a question

## $86.00

COLOR  ● 
MAKE-ME-CLASSY SELECTED

QUANTITY  − 1 +   ADD TO BAG

ADD TO WISHLIST ♡

SAVE $43.00 INSTANTLY WHEN PURCHASING THIS SET
($129.00 VALUE)

FREE BRUSH CUP INCLUDED!

The **Travel Kit** was specially designed for a fun yet functional
makeup application. This kit contains seven travel-size brushes
from our best-selling Essential Kit. The brushes come in an
innovative and functional container that turns into two brush
holders to keep you stylish and organized on the go.

- Free two-year warranty on all brushes!
- Cruelty free
- As seen on PopSugar

## KTB 7 Pcs Travel Kit Make Me

### $30.00

K.T.B

The **Travel Kit** was specially designed for a
fun yet functional makeup application. This
kit contains seven travel-size brushes from
our best-selling Essential Kit. The brushes
come in an innovative and functional
container that turns into two brush holders to
keep you stylish and organized on the go.



−  1  +   ADD TO CART

Sigma Essential Kit https://www.sigmabeauty.com/essentialkit/p/CKPARNT1

KTB 12 Pcs Essensial Kit https://ktbcosmetics.com/product/ktb-12-pcs-essensial-kit/



## ESSENTIAL KIT

PRODUCT CODE CK001

★★★★★ 4.9 (42)   Write a review   Ask a question

### $160.00

COLOR 
CHROME SELECTED

QUANTITY  − 1 +   ADD TO BAG

ADD TO WISHLIST

**SAVE $68.00 INSTANTLY WHEN PURCHASING THIS SET ($228.00 VALUE)**

The **Essential Kit** contains twelve professional quality brushes for the face and eyes. This kit features all of the brushes needed to create a complete look at any level of artistry. Free two year warranty!

## KTB 12 Pcs Essensial Kit

### $50.00



The Essential Kit contains twelve professional quality brushes for the face and eyes. This kit features all of the brushes needed to create a complete look at any level of artistry.

− 1 +   ADD TO CART

**EXHIBIT A, PAGE  22**

Sigma F84 – Angled Kabuki™ Brush https://www.sigmabeauty.com/f84-angled-kabuki-/p/F84PARNT

KTB F84 – Angled Kabuki Brush https://ktbcosmetics.com/product/f84-angled-kabuki-brush/



# F84 - ANGLED KABUKI™ BRUSH

PRODUCT CODE F84PARNT

★★★★★ 4.9 (24)   Write a review   Ask a question

## $25.00

COLOR     CHROME SELECTED

QUANTITY   − 1 +    ADD TO BAG

ADD TO WISHLIST

### FREE 2-Year Warranty on Brushes!

The F84 Angled Kabuki™ Brush features an angled brush head with very soft and dense fibers. Made with exclusive Sigmax® fibers, this brush provides a flawless, high definition finish when used with cream blush or bronzer on cheekbones without any absorption of product.

Unique Feature: Soft and angled head
Function: Blended cream product application
Recommended Use: Blend cream blush or bronzer onto the skin



HOME · BRUSHES & TOOLS / INDIVIDUAL BRUSHES

# F84 – ANGLED KABUKI BRUSH

## $16.00

The F84 Angled Kabuki Brush features an angled brush head with very soft and dense fibers. this brush provides a flawless, high definition finish when used with cream blush or bronzer on cheekbones without any absorption of product.
Unique Feature: Soft and angled head
Function: Blended cream product application
Recommended Use: Blend cream blush or bronzer onto the skin

− 1 +    ADD TO CART

**EXHIBIT A, PAGE  23**

Sigma F57 – Emphasize Contour™ Brush https://www.sigmabeauty.com/f57-emphasize-contour/p/F57

KTB F57 – Contour Brush https://ktbcosmetics.com/product/f57-contour-brush/



HOME · BRUSHES & TOOLS · INDIVIDUAL
BRUSHES

## F57 – CONTOUR BRUSH

**$16.00**

The F57 Emphasize Contour Brush is curved
to fit under the cheekbone, uniquely cut for
contouring. Apply cream and powder
contouring products with precision just under
the cheekbone for a chiseled contour.

• Cruelty Free





Category: INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

Unique Feature: Curved to fit hollows of the cheek
Function: Easy contouring
Recommended Use: Chisel the cheekbone with cream or powder products in one swipe



**F57 - EMPHASIZE CONTOUR™ BRUSH**

PRODUCT CODE F57

★★★★★ 4.9 (9)   Write a review   Ask a question

**$27.00**

QUANTITY  

ADD TO WISHLIST

**FREE Two Year Warranty on Brushes!**



The F57 Emphasize Contour™ Brush is curved to fit under the
cheekbone with our trademarked SigmaTech® fibers, uniquely cut
for contouring. Apply cream and powder contouring products with
precision just under the cheekbone for a chiseled contour.

Unique Feature: Curved to fit hollows of the cheek
Function: Easy contouring
Recommended Use: Chisel the cheekbone with cream or powder
products in one swipe

Benefits:
• Free two-year warranty on brushes!
• Cruelty Free
• Exclusive SigmaTech® Fibers

Sigma F23 – Soft Angled Contour™ Brush https://www.sigmabeauty.com/f23-soft-angled-contour/p/F23

KTB F23 – Soft Angled Contour Brush https://ktbcosmetics.com/product/f23-soft-angled-contour-brush/



### F23 - SOFT ANGLED CONTOUR™ BRUSH

PRODUCT CODE F23

★★★★★ 4.9 (40)   Write a review   Ask a question

## $26.00

QUANTITY    1    ADD TO BAG

ADD TO WISHLIST

The F23 Soft Angled Contour™ Brush has a soft angled head made with SigmaTech® fibers. This is the must-have brush for powder bronzer and blush to achieve a gentle contour.

Unique Feature: Soft angled brush head
Function: Simplified bronzing
Recommended Use: Create an everyday contour with powder products

Benefits:
- Free two-year warranty on brushes!
- Cruelty Free
- Exclusive SigmaTech® Fibers



HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

# F23 – SOFT ANGLED CONTOUR BRUSH

## $16.00

The F23 Soft Angled Contour™ Brush has a soft angled head made with SigmaTech® fibers. This is the must-have brush for powder bronzer and blush to achieve a gentle contour.

Unique Feature: Soft angled brush head
Function: Simplified bronzing
Recommended Use: Create an everyday contour with powder products

◆ Cruelty Free

1    ADD TO CART

**EXHIBIT A, PAGE 25**

Sigma F41 – Fan Brush https://www.sigmabeauty.com/p/F41PARNT

KTB F41 – Fan Brush https://ktbcosmetics.com/product/f41-fan-brush/



## F41 - FAN BRUSH

PRODUCT CODE F41PARNT

 4.0 (16)   Write a review   Ask a question

### $18.00

COLOR  
CHROME SELECTED

QUANTITY — 1 +  ADD TO BAG

ADD TO WISHLIST

Receive a Free Gift with Purchase over $30

The F41 Fan Brush is a must-have for highlighting. The long bristles lightly apply powder, cream or liquid products to cheekbones, nose, forehead and chin. Use the corners of the fan for the perfect touch of light on the brow bone, Cupid's bow and inner corners of the eye.

**Unique Feature:** Long, fanned bristles
**Function:** Gentle highlighting
**Recommended Use:** Apply powder, liquid, or cream highlighters to high points of the face

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES



## F41 – FAN BRUSH

### $12.00

he F41 Fan Brush is a must-have for highlighting. The long bristles lightly apply powder, cream or liquid products to cheekbones, nose, forehead and chin. Use the corners of the fan for the perfect touch of light on the brow bone, Cupid's bow and inner corners of the eye.

**Unique Feature:** Long, fanned bristles
**Function:** Gentle highlighting
**Recommended Use:** Apply powder, liquid, or cream highlighters to high points of the face

— 1 +  ADD TO CART

**EXHIBIT A, PAGE 27**

Sigma F80 – Flat Kabuki™ Brush https://www.sigmabeauty.com/f80-flatkabuki/p/F80PARNT

KTB F80 – Flat Kabuki https://ktbcosmetics.com/product/ktb-f80-flat-kabuki/



Sigma F82 – Round Kabuki™ Brush https://www.sigmabeauty.com/f82-round-kabuki-/p/F82PARNT

KTB F82 – Round Kabuki Brush https://ktbcosmetics.com/product/f82-round-kabuki-brush/



EXHIBIT A, PAGE  29

Sigma F88 – Flat Angled Kabuki™ Brush https://www.sigmabeauty.com/f88-flat-angled-kabuki-/p/F88PARNT

KTB F88 Flat Angled Kabuki https://ktbcosmetics.com/product/ktb-f88-flat-angled-kabuki/



### F88 - FLAT ANGLED KABUKI™ BRUSH

PRODUCT CODE F88PARNT

★★★★★ 4.9 (21)    Write a review    Ask a question

## $25.00

COLOR    CHROME SELECTED

QUANTITY   1    ADD TO BAG

ADD TO WISHLIST

**FREE 2-Year Warranty on Brushes!**

The F88 Flat Angled Kabuki™ features a flat angled brush head with very soft and dense fibers. Made with exclusive Sigmaⓒ fibers, this brush provides a flawless, high definition foundation finish when used along the flat planes of the face and around the harder to reach edges of the face such as the nose or around the mouth without any absorption of product.

**Unique Feature:** Flat, angled head
**Function:** Apply and blend foundation
**Recommended Use:** Apply foundation to flat planes of face and hard to reach areas of the face

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

## KTB F88 Flat Angled Kabuki

### $16.00

The F88 Flat Angled Kabuki™ features a flat angled brush head with very soft and dense fibers. Made with exclusive K.T.B fibers, this brush provides a flawless, high definition foundation finish when used along the flat planes of the face and around the harder to reach edges of the face such as the nose or around the mouth without any absorption of product.

 1    ADD TO CART

Category: INDIVIDUAL BRUSHES

  

DESCRIPTION    REVIEWS (0)

Unique Feature: Flat, angled head
Function: Apply and blend foundation
Recommended Use: Apply foundation to flat planes of face and hard to reach areas of the face

Sigma F25 – Tapered Face Brush https://www.sigmabeauty.com/f25-tapered-face/p/F25PARNT

KTB F25 – Tapered Face Brush https://ktbcosmetics.com/product/f25-tapered-face-brush/



Sigma F50 – Duo Fibre Brush https://www.sigmabeauty.com/f50-duo-fibre/p/F50PARNT    Formerly **SS187**

KTB 187 – Duo Fiber https://ktbcosmetics.com/product/ktb-187-duo-fiber/



## F50 - DUO FIBRE BRUSH

PRODUCT CODE F50PARNT

★★★★★ 4.9 (51)    Write a review    Ask a question

## $27.00

COLOR    CHROME SELECTED

QUANTITY    − 1 +    ADD TO BAG

ADD TO WISHLIST

The F50 Duo Fibre features blended fibers with an airy flat brush head. This brush is perfect to blend powder or liquid products onto the skin for an airbrushed finish. A GREAT STIPPLING BRUSH!

**Unique Feature:** Fiber blend with large flat top
**Function:** Creates an airbrush-like effect onto the skin
**Recommended Use:** Can be used with powder, liquid or cream products **Benefits:** Free two-year warranty on brushes! Cruelty Free Exclusive SigmaTech® Fibers

DETAILS    +

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

## KTB 187 – Duo Fiber

## $16.00

The 187 Duo Fibre features blended fibers with an airy flat brush head. This brush is perfect to blend powder or liquid products onto the skin for an airbrushed finish.

− 1 +     ADD TO CART

Category: INDIVIDUAL BRUSHES

   

DESCRIPTION    REVIEWS (0)

Unique Feature: Fiber blend with large flat top
Function: Creates an airbrush-like effect onto the skin
Recommended Use: Can be used with powder, liquid or cream products

**EXHIBIT A, PAGE  32**

Sigma F30 Large Powder Brush https://www.sigmabeauty.com/f30-large-powder/p/F30PARNT

KTB 150 Large Powder https://ktbcosmetics.com/product/ktb-150-large-powder/

Formerly **SS150**



### F30 - LARGE POWDER BRUSH

PRODUCT CODE F30PARNT

★★★★★ 4.7 (40)   Write a review   Ask a question

## $30.00

COLOR

 CHROME SELECTED

QUANTITY   –   1   +    ADD TO BAG

ADD TO WISHLIST

**Receive a Free Gift with Purchase over $30**

The F30 Large Powder Brush features a large, round fluffy brush head used for a diffused application of powder products all over the face. This multi-functional brush is perfect for seamless blending and finishing your makeup look.

**Unique Feature:** Large and soft rounded brush
**Function:** Even powder application
**Recommended Use:** Uniform blending of powder products onto the face and body

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

## KTB 150 – Large Powder

### $16.00

The 150 Large Powder features a very soft, large fluffy brush head that is slightly pressed created for more flat sides of the face. Works best to contour or powder the face.

–   1   +    ADD TO CART

Category: INDIVIDUAL BRUSHES

   

DESCRIPTION   REVIEWS (0)

KTB synthetic fibers are made with a special thermoplastic engineering polymer. The high-tech fibers do not shed, bleed or absorb product into the bristles. With exclusive hypoallergenic, antibacterial and high performance durability, the fibers will remain in the original shape and are guaranteed to last.



**EXHIBIT A, PAGE  33**

Sigma F40 – Large Angled Contour Brush https://www.sigmabeauty.com/f40-large-angled-contour/p/F40PARNT

Formerly **SS168**

KTB 168 – Large Angled Contour https://www.sigmabeauty.com/f40-large-angled-contour/p/F40PARNT



**F40 - LARGE ANGLED CONTOUR BRUSH**

PRODUCT CODE F40PARNT

★★★★★ 4.8 (88)   Write a review   Ask a question

## $23.00

COLOR   CHROME SELECTED

QUANTITY   − 1 +   ADD TO BAG

ADD TO WISHLIST ♡

**Receive a Free Gift with Purchase over $30**

The F40 Large Angled Contour Brush features a fluffy angled brush head with soft, round edges. Use this brush with powder products such as blush or bronzer on the cheekbones for the perfect diffused contour.

**Unique Feature:** Fluffy, angled brush head
**Function:** Diffuse color on the face
**Recommended Use:** Apply blush or bronzer to cheekbones

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

## KTB 168 – Large Angled Contour

$12.00

The 168 Large Contour Brush features a fluffy angled brush head with soft, round edges. Use this brush with powder products such as blush or bronzer on the cheekbones for the perfect diffused contour.

− 1 +   ADD TO CART

Category INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

**Unique Feature:** Fluffy, angled brush head
**Function:** Diffuse color on the face
**Recommended Use:** Apply blush or bronzer to cheekbones

**EXHIBIT A, PAGE  34**

Sigma F60 – Foundation Brush https://www.sigmabeauty.com/f60-foundation/p/F60PARNT

Formerly SS190

KTB 190 – Foundation Brush https://ktbcosmetics.com/product/ktb-190-foundation/



### F60 - FOUNDATION BRUSH

PRODUCT CODE F60PARNT

★★★★⯪  4.5  (11)    Write a review    Ask a question

### $22.00

COLOR
CHROME SELECTED

QUANTITY    [ 1 ] [+]    [ ADD TO BAG ]

ADD TO WISHLIST ♡

**Receive a Free Gift with Purchase over $30**

The F60 Foundation Brush features a firm and slightly tapered flat brush head. Works best to brush on cream or liquid products such as primer or tinted moisturizer.

Unique Feature: Firm and slightly tapered flat brush
Function: Smooth foundation application
Recommended Use: Apply liquid or cream products such as foundation and primer

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

### KTB 190 – Foundation

$12.00

The 190 Foundation features a firm and slightly tapered flat brush head. Works best to brush on cream or liquid products such as primer or tinted moisturizer.

[ - ] 1 [ + ]    [ ADD TO CART ]

Category: INDIVIDUAL BRUSHES

DESCRIPTION    REVIEWS (0)

K.T.B synthetic fibers are made with a special thermoplastic engineering polymer and brush ferrules are made with copper and zinc.

**EXHIBIT A, PAGE  35**

Sigma E06 – Winged Liner™ Brush https://www.sigmabeauty.com/e06-wingedliner/p/E06PARNT

KTB – Winged Liner Brush https://ktbcosmetics.com/product/e06-winged-liner-brush/



**EXHIBIT A, PAGE 36**

Sigma E15 – Flat Definer Brush https://www.sigmabeauty.com/e15-flat-definer/p/E15PARNT

KTB E15 – Flat Definer Brush https://ktbcosmetics.com/product/e15-flat-definer-brush/





Sigma B12 – Bent Liner Brush https://www.sigmabeauty.com/b12-bent-liner/p/B12

KTB Fx-9 Bent Liner Brush https://ktbcosmetics.com/product/fx9-bent-liner-brush/

Similar to FX9 from Special FX Brush Set



## B12 - BENT LINER BRUSH

PRODUCT CODE B12

★★★★½ 4.5 (4)   Write a review   Ask a question

**$15.00**

QUANTITY   | 1 | + |   ADD TO BAG

ADD TO WISHLIST

An industry favorite, the B12 Bent Liner Brush features a bent ferrule. The eye liner brush helps offer precise lining with the unique angle to get in close along the lash line. Professionals often use this versatile brush for lip liner or brow gels.

Unique Feature: Pointed brush tip with bent ferrule
Function: Close, precise liner application
Recommended Use: Use the unique angle to apply gel, liquid or powder liner

Benefits:
- Free two-year warranty on brushes!
- Cruelty Free
- Exclusive SigmaTech® Fibers

As seen in Bustle.

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

# Fx9-BENT LINER BRUSH

## $10.00

An industry favorite, the FX9 Bent Liner Brush features a bent ferrule. The eye liner brush helps offer precise lining with the unique angle to get in close along the lash line. Professionals often use this versatile brush for lip liner or brow gels.

Unique Feature: Pointed brush tip with bent ferrule
Function: Close, precise liner application
Recommended Use: Use the unique angle to apply gel, liquid or powder liner

- 1 +   ADD TO CART

Category: INDIVIDUAL BRUSHES

**EXHIBIT A, PAGE 38**

Sigma F04 – Extreme Structure Contour™ Brush https://www.sigmabeauty.com/f04-extreme-structure-contour/p/F04

KTB F04 – Structure Contour Brush https://ktbcosmetics.com/product/f04-structure-contour-brush/



# F04 - EXTREME STRUCTURE CONTOUR™ BRUSH

PRODUCT CODE F04

★★★★★ 5.0 (4)   Write a review   Ask a question

## $22.00

QUANTITY  − 1 +   ADD TO BAG

ADD TO WISHLIST 🔖

**FREE Two Year Warranty on Brushes!**

The F04 Extreme Structure Contour™ Brush is a medium-firm dense brush made with SigmaTech® fibers. The rounded shape is ideal for controlled contouring of cheekbones and the jaw-line with cream or powder products.

**Unique Feature:** Dense and firm rounded brush
**Function:** Controlled contouring
**Recommended Use:** Cream and powder application in the hollows of cheeks and along jaw-line

**Benefits:**
* Free two-year warranty on brushes!
* Cruelty Free
* Exclusive SigmaTech® Fibers

VIDEOS AND TIPS

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

# F04 – STRUCTURE CONTOUR BRUSH

## $12.00

The F04 Extreme Contou Brush is a medium-firm dense brush. The rounded shape is ideal for controlled contouring of cheekbones and the jaw-line with cream or powder products.

* Cruelty Free

− 1 +   ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

**Unique Feature:** Dense and firm rounded brush
**Function:** Controlled contouring
**Recommended Use:** Cream and powder application in the hollows of cheeks and along jaw-line

Sigma F03 – High Cheekbone Highlighter™ Brush https://www.sigmabeauty.com/search?query=f03

KTB F03 – High Cheekbone Highlighter Brush https://ktbcosmetics.com/product/f03-high-cheekbone-highlighter-brush/



**F03 - HIGH CHEEKBONE HIGHLIGHTER™ BRUSH**

PRODUCT CODE F03

★★★★★  4.9  (42)    Write a review    Ask a question

**$20.00**

QUANTITY   −   1   +        ADD TO BAG

ADD TO WISHLIST

**FREE Two Year Warranty on Brushes!**

The F03 High Cheekbone Highlighter™ Brush features fluffy but firm, beveled Sigmax® fibers. Achieve perfectly blended cream or powder highlighting on the cheekbones and high planes of the face.

Unique Feature: Beveled Sigmax® fibers
Function: Blended highlighting
Recommended Use: Apply and buff cream and powder highlighter down the nose, chin and cheekbones

Benefits:

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

**F03 – HIGH CHEEKBONE HIGHLIGHTER BRUSH**

**$12.00**

The F03 High Cheekbone Highlighte Brush features fluffy but firm. Achieve perfectly blended cream or powder highlighting on the cheekbones and high planes of the face.

• Cruelty Free

−   1   +        ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

Function: Blended highlighting
Recommended Use: Apply and buff cream and powder highlighter down the nose, chin and cheekbones

**EXHIBIT A, PAGE  40**

Sigma E20 – Short Shader Brush https://www.sigmabeauty.com/e20-short-shader/p/E20PARNT

KTB E20 – Short Shader Brush https://ktbcosmetics.com/product/e20-short-shader-brush/



## E20 - SHORT SHADER BRUSH

PRODUCT CODE E20PARNT

★★★★★ 5.0 (16)   Write a review   Ask a question

### $15.00

COLOR   ● ●
CHROME SELECTED

QUANTITY   − 1 +   ADD TO BAG

ADD TO WISHLIST ♡

**Free Two Year Warranty!**

The E20 Short Shader Brush features a small, soft brush head great for smudging out color along the lash line. Offers superb control when applying color to very small areas of the eye.

**Unique Feature:** Soft and precise flat head
**Function:** Concentrated color application
**Recommended Use:** Apply color onto small areas of the eye such as the outer eyelid. Also use to smudge the lower lash line.

HOME / BRUSHES & TOOLS / INDIVIDUAL BRUSHES

## E20 – SHORT SHADER BRUSH

### $10.00

The E20 Short Shader Brush features a small, soft brush head great for smudging out color along the lash line. Offers superb control when applying color to very small areas of the eye.
**Unique Feature:** Soft and precise flat head
**Function:** Concentrated color application
**Recommended Use:** Apply color onto small areas of the eye such as the outer eyelid. Also use to smudge the lower lash line.

− 1 +   ADD TO CART

Category: INDIVIDUAL BRUSHES

**EXHIBIT A, PAGE 41**

Sigma E35 – Tapered Blending Brush https://www.sigmabeauty.com/e35-tapered-blending/p/E35PARNT

KTB 217 Blending Brush https://ktbcosmetics.com/product/ktb-217-blending-brush/



Sigma E55 – Eye Shading Brush https://www.sigmabeauty.com/e55-eye-shading/p/E55PARNT

KTB 239 – Eye Shading https://ktbcosmetics.com/product/ktb-239-eye-shading/

Formerly **SS239**



### E55 - EYE SHADING BRUSH

PRODUCT CODE E55PARNT

★★★★★ 4.9 (66)   Write a review   Ask a question

#### $16.00

COLOR

CHROME SELECTED

QUANTITY   −   1   +   ADD TO BAG

ADD TO WISHLIST

Receive a Free Gift with Purchase over $30

The E55 Eye Shading Brush features a soft and dense squared brush head with slightly rounded edges. This eye shadow brush works best for an all-over application of color to the lid with lighter shades for a base.

**Unique Feature:** Soft and dense bristles
**Function:** Even application of color
**Recommended Use:** Place color across the entire lid for an even and strong application of product

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

## KTB 239 – Eye Shading

### $10.00

The 239 Eye Shading features a soft and dense squared brush headed with slightly rounded edges. This brush works best for an all-over application of color to the lid with lighter shades for a base.

−   1   +   ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

**Unique Feature:** Soft and dense bristles
**Function:** Even application of color
**Recommended Use:** Place color across the entire lid for an even and strong application of product

**EXHIBIT A, PAGE  43**

Sigma E45 – Small Tapered Blending Brush https://www.sigmabeauty.com/e45-small-tapered-blending/p/E45PARNT

KTB E45 – Small Tapered Blending Brush https://ktbcosmetics.com/product/e45-small-tapered-blending-brush/



Sigma E36 – Blending Brush https://www.sigmabeauty.com/e36-blending/p/E36PARNT

KTB E36 – Blending Brush https://ktbcosmetics.com/product/e36-blending-brush/



**E36 - BLENDING BRUSH**
PRODUCT CODE E36PARNT
★★★★★ 4.7 (27)    Write a review    Ask a question

**$15.00**

COLOR
CHROME SELECTED

QUANTITY    –  **1**  +    ADD TO BAG

ADD TO WISHLIST ♥

**Free Two Year Warranty!**

The E36 Blending Brush features a soft, thin and rounded brush head. Best to blend color into the crease with precision keeping shadow in small concentrated areas while still giving a diffused effect

**Unique Feature:** Long, slightly firm bristles
**Function:** Creates precise application to the crease
**Recommended Use:** Blend powder products onto small areas of the eye

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

**E36 – BLENDING BRUSH**

$10.00

The E36 **Blending** Brush features a soft, thin and rounded brush head. Best to blend color into the crease with precision keeping shadow in small concentrated areas while still giving a diffused effect.

- Cruelty Free

–  1  +    ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION    REVIEWS (0)

**Unique Feature:** Long, slightly firm bristles
**Function:** Creates precise application to the crease
**Recommended Use:** Blend powder products onto small areas of the eye

**EXHIBIT A, PAGE 45**

Sigma P80 – Precision Flat™ Brush https://www.sigmabeauty.com/p80-precision-flat-/p/P80PARNT

KTB P80 – Precision Flat https://ktbcosmetics.com/product/ktb-p80-precision-flat/



**Sigma F70 – Concealer Brush** https://www.sigmabeauty.com/f70-concealer/p/F70PARNT

**KTB F70 – Concealer** https://ktbcosmetics.com/product/ktb-f70-concealer/



### F70 - CONCEALER BRUSH

PRODUCT CODE F70-1

★★★★☆  4.7  (12)    Write a review    Ask a question

**$15.00**

COLOR        CHROME SELECTED

QUANTITY    −   1   +        ADD TO BAG

ADD TO WISHLIST

**Receive a Free Gift with Purchase over $30**

The F70 Concealer Brush features a small and slightly tapered flat brush head. Best used with cream or liquid products to conceal small areas of the face for maximum control and coverage

Unique Feature: Small slightly tapered, flat brush
Function: Conceal small areas
Recommended Use: Conceal the hardest to reach areas such as around the nose and eyes

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

### KTB F70 – Concealer

$10.00

The F70 Concealer features a small and slightly tapered flat brush head. Best used with cream or liquid products to conceal small areas of the face for maximum control and coverage.

−    1   +        ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION    REVIEWS (0)

Unique Feature: Small slightly tapered, flat brush
Function: Conceal small areas
Recommended Use: Conceal the hardest to reach areas such as around the nose and eyes
KTB synthetic fibers are made with a special thermoplastic engineering polymer and brush ferrules are made with copper and zinc.

**EXHIBIT A, PAGE  47**

Sigma E30 – Pencil Brush https://www.sigmabeauty.com/e30-pencil/p/E30PARNT

Formerly SS219

KTB 219 – Pencil https://ktbcosmetics.com/product/ktb-219-pencil/



### E30 - PENCIL BRUSH

PRODUCT CODE E30PARNT

★★★★★ 4.9 (78)  Write a review   Ask a question

## $15.00

COLOR  CHROME SELECTED

QUANTITY  − 1 +   ADD TO BAG

ADD TO WISHLIST

**FREE Two Year Warranty on Brushes!**

The **E30 Pencil Brush** features a soft, tapered tip perfect for smudging pencil eye liner or creating soft definition by using with eye shadow and smudging the upper and lower lash lines.

**Unique Feature:** Soft and tapered pencil tip
**Function:** Soften and smoke out liner
**Recommended Use:** Soften pencil liners along the top and bottom lash lines, add shadow to line the eyes or use to highlight inner corner of eyes.

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

## KTB 219 – Pencil

$10.00

The 219 Pencil features a soft, tapered tip best to smudge pencil liner and create soft definition by using shadow and smudging the upper and lower lash lines.

− 1 +   ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

Unique Features: Soft and tapered pencil tip
Function: Soften and smoke out liner
Recommended Use: Soften pencil liners along the top and bottom lash lines, add shadow to line the eyes or use to highlight inner corner of eyes.
KTB fibers are made with a special thermoplastic engineering polymer and SigmaAlloy™ 3-ring brush ferrules are made with copper and zinc.

**EXHIBIT A, PAGE  48**

**Sigma E75 – Angled Brow Brush** https://www.sigmabeauty.com/e75-angled-brow/p/E75PARNT

**KTB 208 – Angle Brow** https://ktbcosmetics.com/product/ktb-208-angle-brow/



### E75 - ANGLED BROW BRUSH

PRODUCT CODE E75

★★★★★ 4.8  (12)    Write a review    Ask a question

## $17.00

COLOR       CHROME SELECTED

QUANTITY    − 1 +      ADD TO BAG

ADD TO WISHLIST

**Receive a Free Gift with Purchase over $30**

The E75 Angled Brow Brush features a short, slightly stiff angled brush head. Use this brush with brow powder to fill in the brows using a sketching motion for a natural effect.

**Unique Feature:** Angled, firm edge
**Function:** Define eyebrows
**Recommended Use:** Apply powder and gel products to brows using a sketching motion to achieve a hair-like effect

HOME · BRUSHES & TOOLS · INDIVIDUAL BRUSHES

## KTB 208 – Angle Brow

$10.00

The 208 Angled Brow features a short, slightly stiff angled brush head. Use this brush with brow powder to fill in the brows using a sketching motion for a natural effect.

− 1 +    ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION   REVIEWS (0)

Unique Feature: Angled, thin and firm head
Function: Create precise lining
Recommended Use: Moves fluidly and easily across the upper and lower lash lines. Use with gel, cream or powder liners.
KTB synthetic fibers are made with a special thermoplastic engineering polymer and brush ferrules are made with copper and zinc.

**EXHIBIT A, PAGE  49**

Sigma F35 – Tapered Highlighter Brush https://www.sigmabeauty.com/f35-tapered-highlighter/p/F35PARNT

KTB F35 – Tapered Highlighter https://ktbcosmetics.com/product/ktb-f35-tapered-highlighter/



Sigma F90 – Fan Brush https://www.sigmabeauty.com/f90-fan-18kgold/p/F90PARNT

KTB F90 – Fan https://ktbcosmetics.com/product/ktb-f90-fan/



**F90 - FAN BRUSH**

PRODUCT CODE F90PARNT

★★★★½  4.5  (11)    Write a review    Ask a question

## $34.00

COLOR:    CHROME SELECTED

QUANTITY    –  1  +        ADD TO BAG

ADD TO WISHLIST

Receive a Free Gift with Purchase over $30

The F90 Fan Brush features a large fanned brush head perfect for soft application of powder products. This brush also is great for a light dusting of shimmer products onto the skin.

Unique Feature: Large and soft fanned head
Function: Apply blush or highlight shades onto the cheeks
Recommended Use: Use with powder blush or highlight

HOME > BRUSHES & TOOLS > INDIVIDUAL BRUSHES

### KTB F90 – Fan

$18.00

The F90 Fan features a large fanned brush head perfect for soft application of powder products. This brush also is great for a light dusting of shimmer products onto the skin.

–  1  +        ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION    REVIEWS (0)

EXCLUSIVE FEATURES

KTB Fibers – KTB exclusive selection of high performance synthetic fibers engineered to outperform traditional animal hair. Features technologically advanced filaments with specialized tips developed to hold and deliver cream and powder products without any absorption into the bristles. Built to last, KTB fibers are antibacterial, hypoallergenic, and will maintain its original shape and color even after multiple washes.

Sigma F86 – Tapered Kabuki™ Brush https://www.sigmabeauty.com/f86-tapered-kabuki-/p/F86PARNT

KTB F86 – Tapered Kabuki https://ktbcosmetics.com/product/ktb-f86-tapered-kabuki/



**F86 - TAPERED KABUKI™ BRUSH**

PRODUCT CODE F86PARNT

★★★★★  4.7  (21)    Write a review    Ask a question

$25.00

COLOR

CHROME SELECTED

QUANTITY    −  1  +    ADD TO BAG

ADD TO WISHLIST

**FREE 2-Year Warranty on Brushes!**

The F86 Tapered Kabuki™ Brush features a tapered brush head
with very soft and dense fibers. Made with exclusive Sigma®
fibers, this brush provides a high definition finish best used with
liquid products to conceal around the eye and contours of the face
without any absorption of product.

Unique Feature: Soft, tapered head
Function: Apply and blend liquid or cream products
Recommended Use: Conceal around the eye and contours of the
face

HOME · BRUSHES & TOOLS · INDIVIDUAL
BRUSHES

**KTB F86 – Tapered
Kabuki**

$16.00

The F86 Tapered Kabuki features a tapered
brush head with very soft and dense fibers.
Made with exclusive K.T.B fibers, this brush
provides a high definition finish best used
with liquid products to conceal around the
eye and contours of the face without any
absorption of product.

1    ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION    REVIEWS (0)

EXCLUSIVE FEATURES:
K.T.B Fibers – K.T.B exclusive thermoplastic engineering polymer developed to evenly apply cream and powers products onto the skin for a high
definition effect. Features premium filaments engineered for outstanding softness, heat and chemical resistance, mechanical strength, and high
durability. K.T.B fibers are antibacterial and hypoallergenic.

**EXHIBIT A, PAGE  52**

Sigma E05 – Eye Liner Brush https://www.sigmabeauty.com/e05-eye-liner/p/E05PARNT

KTB E05 – Eye Liner Brush https://ktbcosmetics.com/product/ktb-e05-eye-liner-brush/

## E05 - EYE LINER BRUSH

PRODUCT CODE E05PARNT

★★★★★ 4.8 (26)    Write a review    Ask a question

### $15.00

COLOR

CHROME SELECTED

QUANTITY    − 1 +    ADD TO BAG

ADD TO WISHLIST

**Receive a Free Gift with Purchase Over $30**

The E05 Eye Liner Brush features a fine tip, tapered eye liner brush head to create clean, smooth lines every time. Use it to apply gel eye liner for a precisely perfect finish.

**Unique Feature:** Fine, tapered tip
**Function:** Create smooth and even lines
**Recommended Use:** Use with gel or liquid liners

HOME > BRUSHES & TOOLS > INDIVIDUAL BRUSHES

## KTB E05 – Eye Liner Brush

### $10.00

The E05 Eye Liner Brush features a fine tip, tapered eye liner brush head to create clean, smooth lines every time. Use it to apply gel eye liner for a precisely perfect finish.
**Unique Feature:** Fine tipped and tapered
**Function:** Create smooth and even lines
**Recommended Use:** Use with gel or liquid liners

− 1 +    ADD TO CART

Category: INDIVIDUAL BRUSHES

DESCRIPTION    REVIEWS (0)

KTB Fibers – KTB Beauty's exclusive selection of high performance synthetic fibers engineered to outperform traditional animal hair. Features technologically advanced filaments with specialized tips developed to hold and deliver cream and powder products without any absorption into the bristles. Built to last, KTB fibers are antibacterial, hypoallergenic, and will maintain their original shape and color even after multiple washes.
Ferrules – brush ferrule is made with high performance KTB for durability and strength.
Handles – Each brush handle is made from a lightweight, sustainable source of wood which receives 8 coats of paint, making them scratch resistant and guaranteed to last.

**EXHIBIT A, PAGE  53**

# EXHIBIT B

US00D718060S

(12) **United States Design Patent**
Filho et al.

(10) Patent No.: **US D718,060 S**
(45) Date of Patent: ** Nov. 25, 2014**

(54) **COSMETIC BRUSH FERRULE**

(71) Applicants: **Rene Xavier Filho**, North Oaks, MN (US); **Simone Rodrigues Oliveira Xavier**, North Oaks, MN (US)

(72) Inventors: **Rene Xavier Filho**, North Oaks, MN (US); **Simone Rodrigues Oliveira Xavier**, North Oaks, MN (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/443,116**

(22) Filed: **Jan. 14, 2013**

(51) LOC (10) Cl. ............................................. 04-99

(52) U.S. Cl.
USPC ................................................. D4/199

(58) Field of Classification Search
USPC .......... D4/135, 128, 199, 131, 138, 121, 116,
D4/132, 118; 15/143.1, 202, 145, 176.6,
15/191.1, 159.1, 246, 111, 207.2, 425,
15/188, 160, 167.1, 245.1, 146, 176.3,
15/104.001, 144.3, 236.03, 236.05,
15/257.01, 105, 142, 104.92, 206, 144.4,
15/176.1, 210.1, 257.05, 248.1, 1, 119.1,
15/262, 264; D3/228; 16/427, 430, 422;
294/209, 172, 210; D32/54; 300/21;
132/320, 218, 317; 401/199, 286, 129,
401/122, 270, 183, 186, 121; 7/105, 151
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,751,751 A * | 8/1973 | Karl ............................... | 15/192 |
| 4,088,413 A * | 5/1978 | Rossignol de la Ronde et al. ............................ | 401/282 |
| D249,600 S | 9/1978 | Bowman | |
| D278,951 S | 5/1985 | Kalinsky | |

| | | | |
|---|---|---|---|
| D278,952 S | 5/1985 | Kalinsky | |
| D304,392 S | 11/1989 | Reich | |
| D385,476 S | 10/1997 | Hill | |
| D448,642 S | 10/2001 | Hermann | |
| 6,308,371 B1 * | 10/2001 | Forsline ...................... | 15/245.1 |
| D479,917 S | 9/2003 | Mink | |
| D479,918 S | 9/2003 | Mink | |
| D562,566 S * | 2/2008 | Mink ........................... | D4/135 |
| D571,559 S | 6/2008 | Riaz | |
| D572,010 S | 7/2008 | Riaz | |
| D625,522 S | 10/2010 | Riaz | |
| D628,811 S | 12/2010 | Masuyama | |
| 7,895,698 B2 * | 3/2011 | Mink ........................... | 15/207.2 |
| D658,385 S * | 5/2012 | Lim et al. ..................... | D4/121 |
| 8,230,543 B2 * | 7/2012 | Shrier et al. ................. | 15/145 |
| 2001/0042281 A1 * | 11/2001 | Forsline ...................... | 15/245.1 |
| 2005/0133947 A1 * | 6/2005 | Jang ............................ | 264/162 |
| 2005/0257337 A1 * | 11/2005 | Clegg et al. .................. | 15/105 |
| 2006/0248669 A1 * | 11/2006 | Dovellos ...................... | 15/159.1 |
| 2008/0141479 A1 * | 6/2008 | Mink ........................... | 15/207.2 |
| 2009/0183328 A1 * | 7/2009 | King ............................ | 15/143.1 |
| 2010/0095973 A1 * | 4/2010 | Shrier et al. ................. | 132/200 |
| 2013/0098382 A1 * | 4/2013 | Martin et al. ................. | 132/200 |

* cited by examiner

*Primary Examiner* — Eric Goodman
*Assistant Examiner* — Ryan Harvey
(74) *Attorney, Agent, or Firm* — Dorsey & Whitney LLP

(57) **CLAIM**
The ornamental design for a cosmetic brush ferrule, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a cosmetic brush ferrule showing our new design;
FIG. **2** is a front elevational view of the ferrule, it being noted that side and rear elevations if depicted would have the identical appearance;
FIG. **3** is a top plan view of the ferrule; and,
FIG. **4** is a bottom plan view of the ferrule.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Nov. 25, 2014          US D718,060 S




FIG 1



FIG 2



FIG 3



FIG 4

# EXHIBIT C

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jan 8 03:48:41 EDT 2017

Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:  Record 1 out of 10

( Use the "Back" button of the Internet Browser to return to TESS)

# SIGMATECH

| | |
|---|---|
| Word Mark | SIGMATECH |
| Goods and Services | IC 021. US 002 013 023 029 033 040 050. G & S: cosmetic brushes. FIRST USE: 20150708. FIRST USE IN COMMERCE: 20150708 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86082426 |
| Filing Date | October 23, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | March 18, 2014 |
| Registration Number | 4818617 |
| Registration Date | September 22, 2015 |
| Owner | (REGISTRANT) Sigma Enterprises, LLC LIMITED LIABILITY COMPANY MINNESOTA 1396 Commerce Drive Mendota Heights MINNESOTA 55120 |
| Attorney of Record | Jeffrey R. Cadwell |
| Prior Registrations | 3896717;3896627;4114138;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

## TXu 2-031-675

Effective Date of Registration:
May 16, 2017

## Title

Title of Work: Sigma Beauty Website

Previous or Alternate Title: sigmabeauty.com website

## Completion/Publication

Year of Completion: 2017

## Author

• Author: Sigma Enterprises, LLC
Author Created: text, photograph(s), artwork
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Sigma Enterprises, LLC
1395 Commerce Drive, Mendota Heights, MN, 55120, United States

## Limitation of copyright claim

Material excluded from this claim: Product reviews and questions posted by customers, social media content linked
within website, third-party trademark shown on products, social media icons,
links to external sources and content, embedded videos from YouTube

New material included in claim: text, photograph(s), artwork

## Rights and Permissions

Organization Name: Dorsey & Whitney LLP
Name: Jeffrey R Cadwell
Email: ip.docket@dorsey.com
Telephone: (612)492-6842
Address: 50 South Sixth Street
Suite 1500
Minneapolis, MN 55402 United States

Page 1 of 2

**EXHIBIT D, PAGE  60**

## Certification

|  |  |
|---|---|
| Name: | Jeffrey R. Cadwell, Attorney for Claimant |
| Date: | May 16, 2017 |
| Applicant's Tracking Number: | M266168 |



**EXHIBIT D, PAGE  61**

# EXHIBIT E

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jun 8 03:43:41 EDT 2017

| Logout | Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

| TSDR | ( Use the "Back" button of the Internet Browser to return to TESS).



# K.T.B

| | |
|---|---|
| Word Mark | K T B |
| Goods and Services | IC 003. US 001 004 006 050 051 052. G & S: Cosmetics; non-medicated skin and hair care preparations; perfume. FIRST USE: 20150102. FIRST USE IN COMMERCE: 20150301 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86449534 |
| Filing Date | November 5, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 7, 2015 |
| Registration Number | 4994877 |
| Registration Date | July 5, 2016 |
| Owner | (REGISTRANT) Sanchez, Hugo INDIVIDUAL MEXICO 1609 E. McFadden ST. STE 209-A SANTA ANA CALIFORNIA 92705 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT F

YOUR RETURN MAILING ADDRESS

NAME: ALLURING DEALS LLC

ADDRESS: 5958 WHITTIER BLVD

CITY: EAST LOS ANGELES                    STATE: CA     ZIP CODE: 90022



2016065203

FILED                EXPIRES
Mar 17 2016      Mar 17 2021
Dean C. Logan, Registrar-Recorder/County Clerk

Electronically signed by LILIA MURGUIA

# FICTITIOUS BUSINESS NAME STATEMENT
### TYPE OF FILING AND FILING FEE (Check one)

- [x] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] Amended (New) Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

### The following person(s) is (are) doing business as:

*1.  K.T.B. COSMETICS                               2.

**    726 WILLIAMSON AVE
      _Street address of principal place of business_                                      _Mailing address if different_
      LOS ANGELES          CA      90022      LA COUNTY
      City                 State/Country  Zip    COUNTY          City                    State /Country    Zip

      Articles of Incorporation or Organization Number (if applicable): AI #ON    201319610061

***REGISTERED OWNER(S):

1.  ALLURING DEALS LLC                             2.
    Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)
    5958 WHITTIER BLVD

    Residence Address                                   Residence Address
    EAST LOS ANGELES          CA      90022
    City              State/Country    Zip              City          State/Country    Zip
    CA
    If Corporation or LLC - Print State of Incorporation/Organization    If Corporation or LLC - Print State of Incorporation/Organization

3.                                                 4.
    Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

    Residence Address                                   Residence Address

    City              State/Country    Zip              City          State/Country    Zip

    If Corporation or LLC - Print State of Incorporation/Organization    If Corporation or LLC - Print State of Incorporation/Organization

### IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

****THIS BUSINESS IS CONDUCTED BY: (Check one)

- [ ] an Individual          [ ] a General Partnership     [ ] a Limited Partnership      [x] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership    [ ] a Corporation    [ ] a Trust    [ ] Copartners
- [ ] a Married Couple       [ ] Joint Venture       [ ] State or Local Registered Domestic Partners    [ ] a Limited Liability Partnership

*****The date registrant started to transact business under.the fictitious business name or names listed above:    N/A
                                                                      (Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLCNAME (PRINT)  ALLURING DEALS LLC          TITLE  MANAGING MEMBER

REGISTRANT SIGNATURE  _Brenda Castellanos_  IF CORP OR LLC, PRINT NAME  BRENDA CASTELLANOS

If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTITIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

_I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE._

_DEAN C. LOGAN, LOS ANGELES COUNTY CLERK_          BY:    LILIA MURGUIA                          , Deputy

Rev. 01/2014          P.O. BOX 1208, NORWALK, CA 90651-1208      PH: (562) 462-2177      WEB ADDRESS: LAVOTE.NET

## EXHIBIT F, PAGE  65

# EXHIBIT G

Business Search - Business Entities - Business Programs | California Secretary of State          Page 1 of 1

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, June 15, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

201319610061   ALLURING DEALS LLC

| | |
|---|---|
| **Registration Date:** | 07/08/2013 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | FTB SUSPENDED |
| **Agent for Service of Process:** | BRENDA CASTELLANOS |
| | 5958 WHITTIER BLVD |
| | EAST LOS ANGELES CA 90022 |
| **Entity Address:** | 5958 WHITTIER BLVD |
| | EAST LOS ANGELES CA 90022 |
| **Entity Mailing Address:** | 5958 WHITTIER BLVD |
| | EAST LOS ANGELES CA 90022 |
| **LLC Management** | One Manager |

| Document Type ⇅ | File Date ⇅ | PDF |
|---|---|---|
| SI-COMPLETE | 10/11/2013 | |
| REGISTRATION | 07/08/2013 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

https://businesssearch.sos.ca.gov/CBS/Detail                    **EXHIBIT G, PAGE 67**



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If this is an amendment, see instructions.**
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

L

23/*NS*

**FILED**
Secretary of State
State of California

**OCT 11 2013**

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME

Alluring Deals LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER  201319610061

3. STATE OR PLACE OF ORGANIZATION (If formed outside of California)

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 5958 Whittier Blvd | East Los Angeles | CA | 90022 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | CITY | STATE | ZIP CODE |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | 5958 Whittier Blvd | East Los Angeles | CA | 90022 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. Brenda Castellanos | 5958 Whittier Blvd | East Los Angeles CA | | 90022 |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. Brenda Castellanos | 5958 Whittier Blvd | East Los Angeles CA | | 90022 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS

Brenda Castellanos

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5958 Whittier Blvd | East Los Angeles | CA | 90022 |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Wholesale Beauty Supply Products

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/7/2013 | Elizabeth Apodaca | Attorney | *Elizabeth Apodaca* |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2013)                    APPROVED BY SECRETARY OF STATE

**EXHIBIT G, PAGE 68**



# State of California
# Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If this is an amendment, see instructions.**
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L

23/*NS*

**FILED**
Secretary of State
State of California

**OCT 1 1 2013**

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME

Alluring Deals LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER **201319610061**    3. STATE OR PLACE OF ORGANIZATION (If formed outside of California)

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 5958 Whittier Blvd | | East Los Angeles | CA | 90022 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | CITY | STATE | ZIP CODE |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE 5958 Whittier Blvd | | East Los Angeles | CA | 90022 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Brenda Castellanos | 5958 Whittier Blvd | East Los Angeles CA | | 90022 |

**Name and Complete Address of Any Manager or Managers, or If None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | Brenda Castellanos | 5958 Whittier Blvd | East Los Angeles CA | | 90022 |
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
Brenda Castellanos

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5958 Whittier Blvd | East Los Angeles | CA | 90022 |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
Wholesale Beauty Supply Products

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/7/2013 | Elizabeth Apodaca | Attorney | *Elizabeth Apodaca* |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2013)    APPROVED BY SECRETARY OF STATE

**EXHIBIT G, PAGE 69**

| LLC-1 | **Articles of Organization**<br>**of a Limited Liability Company (LLC)** |
|---|---|

**201319610061**

To form a limited liability company in California, you can fill out this form, and submit for filing along with:

– A **$70** filing fee.

– A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form or document.

**Important!** LLCs in California may have to pay a minimum **$800** yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED** OW/CC
Secretary of State
State of California

JUL 0 8 2013

ICC

*This Space For Office Use Only*

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LLC Name**

① <u>Alluring Deals LLC</u>
*Proposed LLC Name*  The name must end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company," and may not include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the Beverly-Killea Limited Liability Company Act.

**LLC Addresses**

③ a. <u>5958 Whittier Blvd.</u>   <u>East Los Angeles</u>   <u>CA 90022</u>
*Initial Street Address of LLC*   *City (no abbreviations)*   *State   Zip*

b. _____   _____   _____
*Initial Mailing Address of LLC, if different from 3a*   *City (no abbreviations)*   *State   Zip*

**Service of Process**  (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not** list an address if the agent is a 1505 corporation.)

④ a. <u>Brenda Castellanos</u>
*Agent's Name*

b. <u>5958 Whittier Blvd.</u>   <u>East Los Angeles</u>   <u>CA 90022</u>
*Agent's Street Address (if agent is not a corporation)*   *City (no abbreviations)*   *State   Zip*

**Management**  (Check only one.)

⑤ The LLC will be managed by:

[✓] One Manager     [ ] More Than One Manager     [ ] All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

*[signature]*   Elizabeth Apodaca, Attorney for Brenda Castellanos
*Organizer – Sign here*   *Print your name here*

| Make check/money order payable to: **Secretary of State**<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail**<br>Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | **Drop-Off**<br>Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 17051, 17052, 17375, Revenue and Taxation Code § 17941
LLC-1 (REV 01/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

**EXHIBIT G, PAGE  70**

## **VERIFICATION**

1          I, _Rene Xavier Filho_, declare that I am a founder and member of

Sigma Enterprises, LLC.  I am duly authorized to execute this Verification on

behalf of Plaintiff in this action.  I have read the foregoing Verified Complaint for

trademark infringement, copyright infringement, patent infringement and unfair

competition, and know the contents thereof.  The allegations in the Verified

Complaint are true to the best of my knowledge, except as to those matters that are

stated on information and belief, and as to those matters, I believe they are true and

accurate.

          I declare under penalty of perjury under the laws of the State of _____

and the United States of America, that the foregoing is true and correct.

          Executed this _19_ day of June, 2017, at _Fort Lauderdale, FL_.

Signature: _Rene Filho_

Name: _Rene Xavier Filho, CEO_

COMPLAINT

**PAGE 71**